# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128238

KATERINA HARRIS,
        Plaintiff-Appellant,

v

FORD MOTOR COMPANY,
        Defendant-Appellee.

SC: 128238
COA: 250983
Oakland CC: 2001-036624-CK

_____/

      On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

t0919